I hereby attest and certify on 1/31/ _
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
V. Luko
DEPUTY CLERK

(1101)

FILED

2005 OCT 27  AM 9:52

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF(S)

v.

JOSEPH LOONEY, DEFENDANT(S).

CASE NUMBER: 05-2186 M
CR-00207-002-T

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: __INDICTMENT__
in the __MIDDLE__ District of __ALABAMA__ on __9-13-05__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about __JANUARY 2004__
in violation of Title __21__ and __18__ U.S.C., Section(s) __846, 843(b) and 1956(h)__
to wit: __CONSPIRACY TO DISTRIBUTE MARIJUANA and money laundering__

A warrant for defendant's arrest was issued by: __GRAND JURY__

Bond of $ __NONE__ was ☐ set ☒ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on __10-27-05__, by

___J English___, Deputy Clerk.

___[signature]___
Signature of Agent

___Jeffrey Haydon___
Print Name of Agent

___USPIS___
Agency

___US Postal Inspector___
Title

OCT 31 2005

CR-52 (05/98)  AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

(1)

I hereby attest and certify on 10/31/05
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
V. Alimo
DEPUTY CLERK
(1101)

FILED
2005 OCT 27 AM 9: 50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Joseph Looney DEFENDANT(S). | CASE NUMBER 05-2184M  CR-00207-002-T  REPORT COMMENCING CRIMINAL ACTION |
|---|---|

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest _10-26-05, 2:00 pm_ ☐ AM / ☒ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   _21 USC 846, 843(b) Conspiracy to Distribute Marijuana_
   _18 USC 1956(h) Money Laundering_
3. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes  ☐ No  ☐ Unknown
5. Year of Birth: _1980_
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): _N/A_
8. Date detainer placed on defendant: _N/A_
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer: _Duty Officer_
11. Remarks (if any): _____

12. Date: _10-27-05_
13. Signature: _____
14. Name: _Jeffrey Hayden_
15. Title: _US Postal Inspector_

OCT 31 2005

CR-64 (07/05)    REPORT COMMENCING CRIMINAL ACTION

(Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

AO 442

UNITED STATES OF AMERICA

V.

JOSEPH LOONEY
7018 Comanche Avenue, Winnetka, CA

RECEIVED
2005 SEP 14 A 8:57

**WARRANT FOR ARREST**

Case Number: 2:05-cr-00207-002-T

05-2186M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOSEPH LOONEY__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA;
USING A COMMUNICATIONS FACILITY TO DISTRIBUTE MARIJUANA;
MONEY LAUNDERING

in violation of Title __21__ United States Code, Section(s) __846, 843(b) and 18 USC 1956(h)__

DEBRA P. HACKETT
Name of Issuing Officer

By: [signature]
Signature of Issuing Officer

CLERK, U. S. DISTRICT COURT, MIDDLE ALABAMA
Title of Issuing Officer

September 13, 2005: Montgomery, Alabama
Date and Location

# COPY

ORIGINAL WARRANT ON FILE
RETURN
THIS COPY FOR INVESTIGATIVE
PURPOSES ONLY.

This warrant was received and executed with the arrest of the above-named defendant at

OCT 31 2005

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |

P SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

☒ LA ☐ RS ☐ SA ☐ UNDER SEAL
CASE NUMBER: 05-2186m
☐ COMPLAINT ☒ OUT OF DISTRICT AFFIDAVIT
☐ INDICTMENT ☐ INFORMATION
☐ SUMMONS ☐ EXTRADITION
☐ PSA/PO WARRANT
☐ SUPER FAST TRACK (Class B Misdemeanor)
FILED: 10-27-05

v.

Joseph Looney  DEFENDANT.

VIOLATION: 21:846
DATE: 10-27-05   TIME: 2:00
TAPE NUMBER: CS 10/27/05

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Crane

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: L. Williams / Julie Shemitz / N/A
         *Deputy Clerk* / *Assistant U.S. Attorney* / *Interpreter / Language*

☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing OR ☒ removal hearing / Rule 20.
☒ Defendant states true name ☒ is as charged ☐ is_____
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: Pete Johnson-Liliana Coronado ☐ Retd. ☒ Apptd. ☐ Prev. Apptd. ☒ DFPD ☐ Panel ☐ Poss. Contribution
   Ordered (see separate order) ☐ Special appearance by:_____
☐ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)
☒ BAIL FIXED AT $ 25,000 (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ **SUPER FAST TRACK** ☐ Defendant is advised of maximum penalties.
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ Post-Indictment Arraignment set for: _____ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☒ Defendant executed Waiver of Rights. ☐ Process received.
☒ Court ORDERS defendant Held to Answer to Middle District of Alabama / Montgomery.
☒ Bond to transfer, if bail is posted. Defendant to report on or before 12/2/05 by noon.
☒ Warrant of removal and final commitment to issue. ☐ Warrant of removal and final commitment are ordered stayed until _____.
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
   RELEASE ORDER NO: 30137
☐ Other: _____

☐ PSA ☐ FINANCIAL ☐ READY

Deputy Clerk Initials _____

cc: *AUSA, Defendant's counsel*
☒ PSALA, ☐ PSASA, ☐ PSAED, ☒ USPO           OCT 31 2005
ORIGINAL - WHITE COPY    PINK - PIA CLERK    YELLOW - STATS    GREEN - CRD

M-5 (11/04)    CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 4

*U.S. GPO: 2004-778-324/13004

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Joseph Looney<br><br>DEFENDANT. | CASE NUMBER: 05-2186M<br><br>*[illegible]*<br><br>WAIVER OF RIGHTS<br>(OUT OF DISTRICT CASES) |
|---|---|

I understand that charges are pending in the **Middle** District of **Alabama** alleging violation of **28 U.S 846** and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

*-Check one only-*

☒ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**
(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☐ have an identity hearing
☒ receive a copy of the charges(s) against me
☐ have a preliminary examination
☒ have an identity hearing, and I have been informed that I have no right to a preliminary examination
☐ have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

Date: Oct 27, 2005

Defendant: *Joseph Looney*
Defense Counsel: *[signature]*
United States Magistrate Judge: *[signature]*

I hereby attest and certify on 11/2/05 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY CLERK (1101)

M-14 (03/03)                    WAIVER OF RIGHTS (OUT OF DISTRICT CASES)

OCT 31 2005

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | CASE NUMBER: | |
|---|---|---|
| v. Joseph Looney Defendant/Material Witness. | COMPLAINT: 05-2186m | INDICTMENT / INFORMATION: |
| | VIOLATION OF TITLE: 21, 18 | SECTION: 846, 843(b); 1956(h) |

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☐ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $_____      RELEASE No. 20137
☒ APPEARANCE BOND IN THE AMOUNT OF $ 25,000
   ☐ WITH CASH DEPOSIT (AMOUNT OR %) _____       ☐ RELEASE TO PRETRIAL ONLY
   ☒ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)    ☐ FORTHWITH RELEASE
   Signed by Responsible 3rd party             ☐ ALL CONDITIONS OF BOND
                                              SHALL BE MET AND BOND
☐ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)   POSTED BY: _____
                                                     Date

☐ WITH DEEDING OF PROPERTY
☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $\_\_\_
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $\_\_\_
☐ ADDITIONAL REQUIREMENTS: \_\_\_
☒ BAIL FIXED BY COURT \_\_\_         ☒ ALL REQUIREMENTS HAVE BEEN MET: \_\_\_
      Deputy Clerk                                      Deputy Clerk

### PRE-CONDITIONS TO RELEASE
☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
   ☐ The Nebbia hearing can be waived by the government.

### ADDITIONAL CONDITIONS OF RELEASE
In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:
☒ Defendant shall submit to: ☒ Pretrial Supervision. [ ] Intensive Pretrial Supervision.
☐ Surrender all passports to the Clerk of Court, or sign a declaration no later than, \_\_\_\_\_ and not apply for the issuance of a passport during the pendency of this case.
☒ Travel is restricted to: CD/CA Central and Alabama
☐ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
☒ Reside as approved by PSA and do not relocate without prior permission from PSA.
☒ Maintain or actively seek employment and provide proof to PSA.
☐ Maintain or commence an educational program and provide proof to PSA.
☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: \_\_\_
☒ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☒ Not use alcohol.
☒ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] **Release to PSA only**.
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

                                                          **Defendant Initials** \_\_\_\_\_ **Date** \_\_\_\_\_

ORIGINAL - YELLOW COPY    PINK- PRETRIAL SERVICES       WHITE - DEFENDANT COPY

CR-1 (9/04)    CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM     Page 1 of 2

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Joseph Looney
Defendant/Material Witness.

CASE NUMBER: 05-2186M

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] **will** or [ ] **will not** include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.
    [ ] **Curfew**. You are restricted to your residence every day: [ ] from _____ to _____ . [ ] as directed by PSA.
    [ ] **Release to PSA only**.
    [ ] **Home Detention**. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [ ] **Release to PSA only**.
    [ ] **Home Incarceration**. You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only**.
☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.
☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.
☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.
☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.
☐ Other conditions: _____

_____     X_____     _____
Date     Defendant/Material Witness' Signature     Telephone Number

_____N/A_____     _____
Address (please print)     City, State And Zip Code

☐ **Check if interpreter is used**: I have interpreted into the _____ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

_____     _____
Interpreter's signature     Date

Approved: _____     October 27 2005
United States District Judge / Magistrate Judge     Date

If Cash Deposited: Receipt # _____     For $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

**ORIGINAL - YELLOW COPY**     **PINK- PRETRIAL SERVICES**     **WHITE - DEFENDANT COPY**

CR-1 (9/04)     CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM     Page 2 of 2

Date Approved: 10/27/05    Extension: X5735
By: Julie T Shemuck
☐ PSA Officer (for material witness only)  ☒ AUSA
Signature: [signed]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA PLAINTIFF, v. Joseph Looney DEFENDANT(S). | CASE NUMBER 05-2186... 05-207 |
|---|---|
| | **AFFIDAVIT OF SURETY (NO JUSTIFICATION)** |

I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State):

_____

I further state that I have read and understand the provisions of the bond executed by the above-named defendant to which this affidavit is affixed as "Attachment A", and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of $ 35,000 , in the event that the attached bond is forfeited.

I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

I further agree and understand that, unless otherwise ordered by the Court, the bond to which this affidavit is attached is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 27 day of October , 20 05 .

Esler Looney, Sr
Name of Surety

[signature]
Signature of Surety

Father
Relationship of Surety

XXX-XX- 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
Social Security Number of Surety (Last 4 digits only)

7018 Comanche Ave
Address of Surety

Wennetka, CA 91306
City, State, Zip Code

---

*Local Criminal Rule 46-6*

*Bond - Summary Adjudication of Obligation*

*A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of executive upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

---

CR-4 (07/05)   AFFIDAVIT OF SURETY (NO JUSTIFICATION)



```
                                                              TERMED
                      U.S. District Court
           Central District of California (Western Div.)

          CRIMINAL DOCKET FOR CASE #: 05-M -2186-ALL
```

USA v. Looney                                              Filed: 10/27/05
Dkt# in other court: None

Case Assigned to:    Unassigned

JOSEPH LOONEY (1)                    Liliana Coronado
     defendant                       FTS Ext 2857
  [term   10/27/05]                  [COR LD NTC pda]
                                     Federal Public Defender
                                     321 East 2nd Street
                                     Los Angeles, CA 90012-4202
                                     213-894-2854


Pending Counts:

   NONE


Terminated Counts:

   NONE



Complaints                           Disposition

Defendant in violation of            Defendant held to answer to the
21:846, 843(b) and 18:1956(h).       Middle District of Alabama   at
                                     Montgomery.
                                     (-1)



U. S. Attorneys:

   NONE

> I hereby attest and certify on 10/31/05
> th[...] document is a full, true
> an[...] copy of the original on file in
> my office, and in my legal custody.
>
> CLERK U.S. DISTRICT COURT
> CENTRAL DISTRICT OF CALIFORNIA
> _____
> DEPUTY CLERK                (1101)

```
Proceedings include all events.                                        TERMED
2:05m 2186-ALL USA v. Looney
```

| | | |
|---|---|---|
| 10/27/05 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Joseph Looney arrested on 10/26/05. Defendant's date of birth: 1980. (vdr) [Entry date 10/31/05] |
| 10/27/05 | 1 | AFFIDAVIT RE OUT-OF-DISTRICT WARRANT filed as to Joseph Looney, originating in the USDC, Middle District of Alabama, at Montgomery. Defendant charged in violation of: 21:846, 843(b) and 18:1956(h). Signed by US Postal Inspector Jeffrey Haydon. (vdr) [Entry date 10/31/05] |
| 10/27/05 | 3 | DEFENDANT Joseph Looney arrested on warrant issued from USDC, Middle District of Alabama at Montgomery. (vdr) [Entry date 10/31/05] |
| 10/27/05 | 4 | MINUTES OF ARREST ON O/D WARRANT held before Magistrate Judge Paul Game Jr. as to Joseph Looney: Defendant arraigned and states true name is as charged. DFPD Attorney Liliana Coronado appointed. Bail set in the amount of $25,000 appearance bond, with following conditions of release: with affidavit of surety no justification (CR-4) by responsible third party. Defendant to submit to Pretrial Supervision; travel is restricted to CD/CA and Alabama; reside as approved by PSA and do not relocate without prior permission from PSA; maintain or actively seek employment and provide proof to PSA; not possess any firearms, ammunition, destructive devices, or other dangerous weapons; not use alcohol; not use or possess illegal drugs. Court orders Joseph Looney held to answer to USDC, Middle District of Alabama at Montgomery. Court orders bond to transfer. Defendant committed to the custody of the U.S. Marshal. Defendant to report to the District of Origin by 12:00PM on 12/2/05. Release No. 30137. Tape No.: CS 10/27/05 (vdr) [Entry date 10/31/05] |
| 10/27/05 | 5 | WAIVER OF RULE 5 HEARINGS filed by Joseph Looney, excluding probation or supervised release cases: waiving an identity, have been informed that I have no right to a preliminary examination, receive a copy of the charge(s) against me. (vdr) [Entry date 10/31/05] |
| 10/27/05 | 6 | BOND AND CONDITIONS OF RELEASE filed as to Joseph Looney, in the amount of: $25,000 appearance bond. Conditions of Release with affidavit of surety no justification (CR-4) by responsible third party. Defendant to submit to Pretrial Supervision; travel is restricted to CD/CA and Alabama; reside as approved by PSA and do not relocate without prior permission from PSA; maintain or actively seek employment and provide proof to PSA; not possess any firearms, ammunition, destructive devices, or other dangerous weapons; not use alcohol; not use or possess illegal drugs. Magistrate Judge Paul Game Jr. Original bond routed to: MIDDLE DISTRICT OF ALABAMA @ MONTGOMERY. Release No. 30137. (vdr) [Entry date 10/31/05] |

```
Proceedings include all events.                                    TERMED
2:05m 2186-ALL USA v. Looney
```

| | | |
|---|---|---|
| 10/27/05 | 7 | AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 5.2.8) filed as to Joseph Looney in the amount of $25,000, by Surety: Father, Esler Looney Sr for bond [6-1]. (vdr) [Entry date 10/31/05] |
| 10/27/05 | 8 | FINANCIAL AFFIDAVIT filed as to Joseph Looney. (vdr) [Entry date 10/31/05] |