IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05cr207-T |
| | ) | |
| JOSEPH LOONEY | ) | |

## **ORDER**

Defendant, JOSEPH LOONEY, has not been arraigned on the pending indictment. Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby set for November 30, 2005 at 10:00 a.m. before Magistrate Judge Charles S. Coody, Courtroom 4B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 4th day of November, 2005.

/s/ Susan Russ Walker

SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE