IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:05-cr-207-T |
| | ) | |
| JOSEPH LOONEY | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Joseph P. Van Heest, and enters his appearance on behalf of Defendant, Joseph Looney, in the above-styled case.

Dated this 8th day of November 2005.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama  36104.

                                            Respectfully submitted,

                                            s/Joseph P. Van Heest
                                            **JOSEPH P. VAN HEEST**
                                            LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
                                            Post Office Box 4026
                                            402 South Decatur Street
                                            Montgomery, AL 36103-4026
                                            Phone: (334) 263-3551
                                            Fax: (334) 263-3227
                                            jpvanheestcourts@bellsouth.net
                                            AL Bar Code: VAN026