**COURTROOM DEPUTY MINUTES**     **DATE:** 11/30/05
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 10:25 - 10:29

- [√] INITIAL APPEARANCE
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [√] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: CHARLES S. COODY    DEPUTY CLERK: WANDA STINSON
CASE NO.: 3:05CR207-T-SRW    DEFT. NAME: JOSEPH LOONEY
USA: A. CLARK MORRIS    ATTY: JOSEPH VAN HEEST
Type Counsel: ( ) Retained; (√) Panel CJA; ( ) Waived; ( ) CDO
USPTSO/USPO: _____
Defendant ___ does √ does NOT need an interpreter;
Interpreter present √ NO ___ YES   NAME _____

- [ ] Kars.   Date of Arrest _____ or [ ] karsr40
- [√] kia.   Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [ ] kcnsl.   Deft. First Appearance with Counsel
- [ ]   Requests appointed Counsel [ ] ORAL MOTION for Appointment of Counsel
- [ ] Finaff.   Financial Affidavit executed [ ] to be obtained by PTSO
- [ ] koappted   **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- [ ] 20appt.   Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ]   Deft. Advises he will retain counsel. Has retained _____
- [ ]   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ]   Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ]   **DETENTION HRG** [ ] held; [ ] Set for _____ ; [ ] Prelim. Hrg [ ] Set for _____
- [ ] kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- [ ] kocondrls.   Release order entered. [ ] Deft. advised of conditions of release.
- [ ] kbnd.   [ ] **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
- [ ] loc.(LC)   [ ] **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- [ ]   Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] ko.   Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl.   Waiver of [ ] Preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ]   Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [√] Karr.   **ARRAIGNMENT** SET FOR: _____ [√] **HELD.** Plea of **NOT GUILTY** entered.
-   [√] Trial Term 4/24/06 ; [ ] **PRETRIAL CONFERENCE DATE:** _____
-   [√] **DISCOVERY DISCLOSURES DATE:** PROVIDED
- [ ] Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg.   Identity/Removal Hearing set for _____
- [√] Kwvspt   **Waiver of Speedy Trial Act Rights Executed.**