| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 3, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:58 - 4:00 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:05cr207-T | **DEFENDANT(S)** Keith Hall, Joseph Looney, Demario Campbell |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | |
| | * | Jeffery Duffey (Hall) |
| | * | Joseph Van Heest (Looney) |
| | * | Timothy Halstrom (Campbell) |
| | * | |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**
   None

☐ **PLEA STATUS:**
   Hall - probable plea        Last plea date 4/17/06
   Campbell - probable plea
   Looney - probable plea

☐ **TRIAL STATUS**
   Trial time - 4 days

☐ **REMARKS:**