IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05cr207-T |
| | ) | |
| KEITH HALL | ) | |
| JOSEPH LOONEY | ) | |
| DEMARIO CAMPBELL | ) | |

## PRETRIAL CONFERENCE ORDER

A pretrial conference was held on January 3, 2006 before the undersigned

Magistrate Judge.  Present at this conference were Jeffery Duffey, counsel for the

defendant Keith Hall; Joseph Van Heest, counsel for defendant Joseph Looney;

Timothy Halstrom, counsel for defendant Demario Campbell, and Assistant United

States Attorney Clark Morris, counsel for the government.  As a result of the

conference, it is hereby ORDERED as follows:

1.    Jury selection is set for April 24, 2006.  The trial of this case is set during

the trial term commencing on April 24, 2006 before United States

District Judge Myron H. Thompson and is expected to last 4 days.

2.    There are no motions currently pending.

3.    Proposed voir dire questions shall be filed on or before April 17, 2006.

Counsel should not include questions seeking information which is

provided in the jury questionnaire.

4.     All motions in limine shall be filed on or before April 17, 2006. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5.     Proposed jury instructions shall be filed on or before April 17, 2006.

6.     The last day on which the court will entertain a plea pursuant to Rule 11(c)(1)(A) or (C) plea is April 17, 2006. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, does not go through, the defendant and the government will be expected to be prepared to go to trial on April 24, 2006. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on April 24, 2006, as to all defendants, even though a particular guilty plea was not accepted.

7.     This case is set for a second pretrial conference on April 3, 2006 at 3:00 p.m. in Courtroom 5B.

DONE, this 6th day of January, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE