| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** April 3, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording: 3:20 - 3:30** |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 3:05cr207-MHT | **DEFENDANT(S)** Keith Hall, Joseph Looney, Jean Pierre Arrue, Demario Campbell, Ryan Saravia |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | Jeff Duffey (Hall) |
| | * | Joseph Van Heest (Looney) |
| | * | Jennifer Hart (Arrue) |
| | * | Timothy Halstrom (Campbell) |
| | * | Ben Bruner (Saravia) |

❒ **DISCOVERY STATUS:**
   No discovery problems

❒ **PENDING MOTION STATUS:**

❒ **PLEA STATUS:**
   Plea negotiations (limited) - All defendants possibly to plea
   Notice of intent to change plea to be filed on or before noon April 12, 2006
   Need additional time to get pleas worked out

❒ **TRIAL STATUS**
   Trial time 4-5 days

❒ **REMARKS:**
   Jean Pierre Arrue - timing problem (side bar off the record)
   Defendants will file motion to continue with waivers.  Government does not oppose defendants' motions to continue.