IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 3:05-cr-207-MHT |
| ) | |
| JOSEPH LOONEY ) | |

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the defendant, Joseph Looney, by and through undersigned counsel, Joseph P. Van Heest, and hereby notifies the Court of his intent to change his plea of not guilty to a plea of guilty.

Dated this 17th day of July, 2006.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama  36104.

                                 Respectfully submitted,

                                 s/Joseph P. Van Heest  
                               **JOSEPH P. VAN HEEST**  
                               LAW OFFICE OF JOSEPH P. VAN HEEST, LLC  
                               Post Office Box 4026  
                               402 South Decatur Street  
                               Montgomery, AL 36103-4026  
                               Phone: (334) 263-3551  
                               Fax: (334) 263-3227  
                               jpvanheestcourts@bellsouth.net  
                               AL Bar Code: VAN026