| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** July 17, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:03 - 3:09 |

**PRETRIAL CONFERENCE**

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Tayor |
| **CASE NUMBER:** 3:05cr207-MHT | **DEFENDANT(S)** Keith Hall, Joseph Looney, Jean Pierre Arrue, Ryan Saravia |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Clark Morris | * | |
| | * | Jeff Duffey (Hall) |
| | * | Joseph Van Heest (Looney) |
| | * | Jennifer Hart (Arrue) |
| | * | Ben Bruner (Saravia) |

❏ **DISCOVERY STATUS:**
   Complete

❏ **PENDING MOTION STATUS:**

❏ **PLEA STATUS:**
   All defendants - likely plea
   Defendant Looney has already file notice of intent to change plea
   **Plea notice to be filed on or before noon** July 26, 2006

❏ **TRIAL STATUS**
   Trial time - 3-4 days

❏ **REMARKS:**
   Discussions regarding plea dates.  All defendants in California except deft Hall.
   Possible video telephone conference as to defendant Arrue.