IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH HALL | ) | CR. NO. 3:05-CR-207-MHT |
| JOSEPH LOONEY | ) | |
| JEAN PIERRE ARRUE | ) | |
| DEMARIO CAMPBELL | ) | |
| RYAN SARAVIA | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Indictment of September 8, 2005, as to the above listed defendants, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment filed on September 8, 2005, heretofore filed in the above styled cause as to Keith Hall, Joseph Looney, Jean Perre Arrue, Demario Campbell, and Ryan Saravia.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov