| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** July 24, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 4:10 - 4:35 |
| | **COURT REPORTER:** Jimmy Dickens |

❏ **ARRAIGNMENT**    √ **CHANGE OF PLEA**    ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**    ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker          **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 3:05cr207-MHT                              **DEFENDANT NAME:** Joseph Looney
**AUSA:** Clark Morris                                                **DEFENDANT ATTORNEY:** Joseph Van Heest
Type counsel ( )Waived; ( )Retained; ( √ )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Jeffrey Lee
Interpreter present? (√ )NO; ( )YES   Name:

---

❏ This is defendant's **FIRST APPEARANCE.**
❏ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**    ❏ **Not Guilty**
         √ **Guilty as to:**
              √ **Count(s):** 1, 2 & 3    of the Superseding Indictment
              ❏ **Count(s):**            ❏ **dismissed on oral motion of USA**
                                                    ❏ **to be dismissed at sentencing**
√ Written plea agreement filed    ❏ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts 1, 2 & 3 of the Superseding Indictment.
❏ CRIMINAL TERM:          ❏ WAIVER OF SPEEDY TRIAL filed.
              **DISCOVERY DISCLOSURE DATE:**
√ **\*\*ORDER:** Defendant continued under √ same bond;   ❏ summons; for:
         ❏ Trial on _____; ❏ Sentencing on _____
❏ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
         ❏ Trial on _____; or ❏ Sentencing on _____
\*\* Court directs USPO to draft and submit to the court a proposed order adding as additional conditions of defendant's pretrial release drug testing and/or participation in drug treatment program.