IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:05-cr-207-MHT |
| | ) | |
| JOSEPH LOONEY | ) | |

**AMENDED NOTICE OF CALENDAR CONFLICT**

**COMES NOW** the defendant, Joseph Looney, by and through undersigned counsel, Joseph P. Van Heest, and hereby notifies this Court of a calendar conflict with regard to the above-styled cause. In support of this Notice, undersigned counsel states the following facts and proposes the following solution:

Mr. Looney entered a guilty plea on July 24, 2006.

On July 28, 2006, this Court set the matter for sentencing hearing to be conducted on November 1, 2006, at 10:00 am.

The parties entered into a plea agreement pursuant to Fed. R. Crim. P. 11(c)(1)(C). The plea agreement called for, inter alia, a sentence at the low end of calculated guideline range, following a three level downward departure for substantial assistance. Neither the government nor the defense have filed any objections to the presentence investigation report and the government has filed its Motion for Downward Departure pursuant to USSG § 5K1.1. It is expected that the sentencing hearing should therefore proceed smoothly.

Mr. Looney will be flying in from California for his sentencing hearing and is expected to be accompanied by several family members. Mr. Looney is indigent and the cost of the flight will be considerable. Therefore, he does not wish to continue the hearing.

Undersigned counsel has communicated with the Assistant United States Attorney and alerted her to the potential conflict. Undersigned counsel has asked only that his case be permitted to proceed second (behind that of co-defendant Keith Hall whose counsel has already filed a notice of calendar conflict due to a trial before Senior U.S. District Judge Albritton) and the Assistant United States Attorney did not have an objection.

Undersigned counsel was appointed to represent Gary Stovall on a murder charge styled *State of Alabama v. Gary Stovall*, CC 2006-664-WAS (Montg. Cir. Ct). This appointment was made on Wednesday, September 27, 2006, shortly before trial was to begin when previously appointed counsel identified an irreconcilable conflict of interest and notified opposing counsel and the Montgomery County Circuit Court.

The Montgomery County Circuit Court set the matter for trial to begin Tuesday, October 31, 2006. At that time, in chambers, undersigned counsel notified the that Court orally that he had pending in the United States District Court for the Middle District of Alabama, a sentencing hearing which is set to begin at 10:00 am, on Wednesday, November 1, 2006. Undersigned counsel noted that the conflict could be alleviated if the Federal District Court were to take the case early (there are a number of cases set for sentencing on that docket), and this Honorable Court were to permit trial to begin on Tuesday, October 31, 2006, and resume at approximately 1:00 pm, on Wednesday, November 1, 2006.

At an October 11, 2006 status conference, the Montgomery County Circuit Court again stated that this matter would be set for trial on October 31, 2006. However, it was determined at that time that another murder trial, expected to take 1 ½ to 2 days to complete, would begin on October 30, 2006. Therefore, the *Stovall* trial will not commence

2

until the other trial is completed, and it is actually unknown when the *Stovall* case will begin. If the first case takes longer than expected, there may not be any conflict at all with the scheduling of this case and undersigned counsel's previously scheduled sentencing hearing.

Mr. Looney does *not* wish to continue his sentencing hearing. Rather, he simply notifies both courts of the potential conflict and asks for some accommodation between the courts to permit undersigned counsel to appear in the federal district court at 10:00 am, and to proceed with his sentencing hearing.

Mr. Looney simply wants to have his sentencing hearing held as early on the Court's docket as can be arranged so that he may return to the Montgomery County Circuit Court to continue with the *Stovall* murder trial.

WHEREFORE, undersigned counsel hereby notifies this Honorable Court of the potential calendar conflict with the above identified murder trial, and also offers a solution as stated above, which would permit the federal sentencing hearing to proceed as scheduled with a minimal interruption to the Montgomery County Circuit Court.

Respectfully Submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
AL Bar Code: VAN026

## CERTIFICATE OF SERVICE

     I hereby certify that on October 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                              Respectfully submitted,

                                              s/Joseph P. Van Heest
                                              **JOSEPH P. VAN HEEST**
                                              LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
                                              Post Office Box 4026
                                              402 South Decatur Street
                                              Montgomery, AL 36103-4026
                                              Phone: (334) 263-3551
                                              Fax: (334) 263-3227
                                              jpvanheestcourts@bellsouth.net
                                              AL Bar Code: VAN026