# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE        AT MONTGOMERY   ALABAMA

DATE COMMENCED  November 15, 2006         AT  2:22   A.M./P.M.

DATE COMPLETED  November 15, 2006         AT  2:40   A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          3:05cr207-02-MHT
        VS.

JOSEPH LOONEY

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA A. Clark Morris | X | Atty Joseph Peter Van Heest |
| | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Danielle Goldstein, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:       SENTENCING HEARING

2:22 p.m.              Sentencing hearing commenced. Terms of plea
                       agreement stated on the record. Probation
                       concurs with plea agreement. Court accepts
                       plea agreement. Sentence imposed; **ORAL ORDER**
                       during sentence imposition granting motion
                       for reduction in criminal offense level and
                       motion for downward departure.
2:40 p.m.              Hearing concluded.