IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 3:05-cr-207-MHT-02 |
| | ) | |
| JOSEPH LOONEY | ) | |

**MOTION TO EXTEND TIME FOR VOLUNTARY SURRENDER**

**COMES NOW** the defendant, Joseph Looney, by and through undersigned counsel, Joseph P. Van Heest, and hereby moves this Honorable Court to extend the time for his voluntary surrender to begin his sentence. In support of this motion, Mr. Looney states as follows:

1. Mr. Looney entered guilty pleas to three counts in a three count indictment charging, *inter alia*, conspiracy to distribute marijuana and money laundering. On November 15, 2006, this Court imposed a sentence of eighteen months imprisonment to be followed by a term of supervised release.

2. The Court permitted Mr. Looney to remain out of custody and ordered that he shall surrender at the institution designated by the Federal Bureau of Prisons before 2:00 pm, on December 13, 2006. At the conclusion of the hearing, undersigned counsel alerted the Court that the designation date was less than one month away and that experience has shown that the Bureau of Prisons often does not have time to make the necessary designation within that time frame.

3. Counsel recalls the Court stating that, if the designation were not made within the prescribed time, counsel could file a motion to extend the time for filing.

4. In addition, Mr. Looney lives in Southern California and it is likely that he will

be designated to a facility close to that location. If no designation arrives within the prescribed time, he would have to turn in to the United States Marshals office nearest to him.

5. Mr. Looney notified counsel yesterday, December 4, 2006, that he had not yet heard anything about a designation. Undersigned counsel contacted the United States Marshal's Office for the Middle District of Alabama to learn if a designation had been determined, and was told that no such designation had been determined. The Marshals office also indicated that it was unlikely that a designation would be determined before the December 13, 2006 voluntary surrender deadline established by the Court at sentencing.

6. Mr. Looney has complied with all aspects of pre-trial (and post-sentence) supervision through the United States Probation Office from the time of initial appearance through this date. He is not a danger to the community or a flight risk, and this Court permitted voluntary surrender at the November 15, 2006 sentencing hearing.

WHEREFORE, based upon the foregoing, Mr. Looney prays that this Court extend his time for voluntary surrender to the designated Bureau of Prisons institution another thirty days to January 12, 2007, or in the alternative, enter an order that defendant report to the designated facility within 72 hours of notification of designation by the United States Marshal.

>Respectfully submitted,
>
>s/Joseph P. Van Heest
>**JOSEPH P. VAN HEEST**
>LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
>Post Office Box 4026
>402 South Decatur Street

Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama  36104.

Respectfully submitted,


s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026