IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:05cr207-MHT |
| | ) | |
| JOSEPH LOONEY | ) | |

ORDER

It is ORDERED as follows:

(1) Defendant Joseph Looney's motion to extend time for voluntary surrender (doc. no. 171) is granted.

(2) The date for defendant Looney to commit himself to the Bureau of Prisons is extended to on or before 2:00 p.m. on Friday, January 26, 2007.

DONE, this the 8th day of December, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE